

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00344-CV

Sharon **JOHNSON**,
Appellant

v.

Samuel B. **VILLARREAL**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015EM504204
Honorable Nick Catoe Jr., Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: September 16, 2020

DISMISSED

By letter dated June 30, 2020, appellant was instructed to pay the $205.00 filing fee for this appeal. Our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* Tex. R. App. P. 5, 20. On August 6, 2020, this court ordered appellant to show cause in writing by August 21, 2020, that the filing fee had been paid. Appellant was advised that if she failed to respond within the time provided, this appeal would be dismissed for failure to pay the filing fee. *See* Tex. R. App. P. 5, 42.3(c). Appellant did not respond or pay the filing fee. Accordingly, this appeal is dismissed for failure to pay the filing fee. *See id.*

PER CURIAM